RECEIVED
APR X 5 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Angela Brown )
      Plaintiff )
      v. )
Chicago Municipal Employees )
Credit Union and City of )
      Defendant )
Chicago Comptroller's Office )

3cv2597
Judge Tharp Jr
Mag. Judge Valdez

## COMPLAINT

I am in need of the Court assistance in obtaining money back from both Chicago Municipal Employees Credit Union and the Comptroller's Office for the City of Chicago.

The Credit Union was overpaid money for a signature loan that I had been paid off for over a year. The City Comptroller's kept sending money to them directly out of my pay. The Credit Union would not stop taking the money.

The Credit Union has been charging me late fees even though my credit report shows that I have never been late with any of my payments.

I had the same problem tried to stop the Auto Loan. I requested a copy of my payments history. The Comptroller's Office and Credit Union payment history have the first year of my payments missing. A portion of my payments went to different Insurance, a third share account, and late fees. They have two and three late fees in the same month.

1

Angela Brown )   United States District Court
Plaintiff )   Northern District of Illinois
)
v. )
)
Chicago Municipal Employees )
Credit Union and City Of Chicago )
Comptroller's Office )
Defendant

## COMPLAINT

The Credit Union received a portion of my pension $5886.85 in October 2012, that was suppose to be put in a IRA. The Auto Loan was paid off May 2008 December 2012 I spoke with Mr. Rob Sanchez from the Credit Union. He said to me "That he was not going to say the Credit Union stole from me, but what I will tell you is that, if you do not received a letter saying that you been release, then honey you will never be release release."

The Credit Union has been overpaid again and I still have not received the title to my car.