APPEARANCE F...
DISTRICT COURT FOR TI...

13cv2597
Judge Tharp Jr
Mag. Judge Valdez

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Angela Brown
(Please print)

STREET ADDRESS: P.O. Box 21922

CITY/STATE/ZIP: Chicago, Illinois 60621

PHONE NUMBER: 773 656-9643

CASE NUMBER: _____

_Angela M. Brown_      4/5/13
Signature      Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address

FILED
APR X 5 2013
APR 5 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT